

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-60,939-04

### EX PARTE KENNY GONZALEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 753382-A IN THE 228TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Gonzales v. State*, No. 14-98-00128-CR (Tex. App.—Houston [14ᵗʰ Dist.] Sept. 14, 1999)(not designated for publication).

On April 13, 2018, this Court remanded this application to the trial court for findings of fact and conclusions of law. On September 24, 2018, the trial court signed findings of fact and

conclusions of law recommending denying relief on Applicant's ineffective assistance of counsel grounds. The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: December 5, 2018

Do not publish